B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Montana

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EMPIRE LATH & PLASTER, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA EMPIRE LATHING & PLASTERING CO** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**81-0286808** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**508 BERNARD STREET**<br>**BILLINGS, MT**<br>ZIP Code **59104** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**YELLOWSTONE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. BOX 21346**<br>**BILLINGS, MT**<br>ZIP Code **59104** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **508 BERNARD STREET BILLINGS, MT 59104** | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **EMPIRE LATH & PLASTER, INC.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

- ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

- ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **EMPIRE LATH & PLASTER, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ JAMES A. PATTEN**
Signature of Attorney for Debtor(s)

**JAMES A. PATTEN 1191**
Printed Name of Attorney for Debtor(s)

**PATTEN PETERMAN BEKKEDAHL**
Firm Name
**& GREEN**
**2817 2ND AVENUE N, ST 300**
**BILLINGS, MT 59101**
Address

**(406) 252-8500  Fax: (406) 294-9500**
Telephone Number

**July  1, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ SANDRA L. TILZEY**
Signature of Authorized Individual
**SANDRA L. TILZEY**
Printed Name of Authorized Individual
**PRESIDENT**
Title of Authorized Individual
**July  1, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Montana

In re **EMPIRE LATH & PLASTER, INC.**  
             Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **SANDRA L. TILZEY**<br>**508 BERNARD STREET**<br>**BILLINGS, MT 59104** | **SANDRA L. TILZEY**<br>**508 BERNARD STREET**<br>**BILLINGS, MT 59104** | **LOAN TO EMPIRE LATH & PLASTER, INC** | | 849,000.00 |
| **ARMSTRONG WORLD INDUSTRIES**<br>**PO BOX #2730**<br>**LOS ANGELES, CA 90074-2730** | **ARMSTRONG WORLD INDUSTRIES**<br>**PO BOX #2730**<br>**LOS ANGELES, CA 90074-2730** | **MATERIALS** | | 156,141.55 |
| **GREAT AMERICAN INSURANCE**<br>**c/o PATRICK Q/ HUSTEAD**<br>**VINCENT J. WEGHER**<br>**4643 SOUTH ULSTER STREET, STE. 1250**<br>**DENVER, CO 80237** | **GREAT AMERICAN INSURANCE**<br>**c/o PATRICK Q/ HUSTEAD**<br>**VINCENT J. WEGHER**<br>**DENVER, CO 80237** | **BOND CLAIM** | | 130,196.68 |
| **INTERNAL REVENUE SERVICE**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | **INTERNAL REVENUE SERVICE**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | **TAXES FOR 3/31/2015 - 6/30/2015** | | 93,824.79 |
| **SCAFCO CORPORATION**<br>**PO BOX 3949**<br>**SPOKANE, WA 99220** | **SCAFCO CORPORATION**<br>**PO BOX 3949**<br>**SPOKANE, WA 99220** | **MATERIALS** | | 87,321.31 |
| **LOU TILZEY**<br>**3713 FAIRMEADOW CT.**<br>**BILLINGS, MT 59102** | **LOU TILZEY**<br>**3713 FAIRMEADOW CT.**<br>**BILLINGS, MT 59102** | **LOAN TO EMPIRE LATH AND PLASTER** | | 85,612.47 |
| **PACIFIC NORTHWEST REGIONAL COUNCIL OF CAQRPENTERS**<br>**C/O DECARLO & SHANLEY, P.C.**<br>**533 SOUTH FREEMONT AVE., 9TH FLOOR**<br>**LOS ANGELES, CA 90071-1706** | **PACIFIC NORTHWEST REGIONAL COUNCIL OF CAQRPENTERS**<br>**C/O DECARLO & SHANLEY, P.C.**<br>**LOS ANGELES, CA 90071-1706** | | | 71,181.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **EMPIRE LATH & PLASTER, INC.**  Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **MANKIN CONSTRUCTION** PO BOX 31341 BILLINGS, MT 59107 | **MANKIN CONSTRUCTION** PO BOX 31341 BILLINGS, MT 59107 | **CONSTRUCTION BALANCE OF CHARLES ST. PROPERTY** | | 52,762.00 |
| **FIRST INTERSTATE BANK** PO BOX 30798 BILLINGS, MT 59107 | **FIRST INTERSTATE BANK** PO BOX 30798 BILLINGS, MT 59107 | **MASTERCARD - REVOLVING CREDIT** | | 47,837.04 |
| **DORI J BRUURSEMA** 322 MORNINGSIDE LN. N BILLINGS, MT 59105 | **DORI J BRUURSEMA** 322 MORNINGSIDE LN. N BILLINGS, MT 59105 | **LOAN TO EMPIRE LATH & PLASTER** | | 23,359.56 |
| **DEPARTMENT OF LABOR & INDUSTRY** P.O. BOX 1728 HELENA, MT 59624 | **DEPARTMENT OF LABOR & INDUSTRY** P.O. BOX 1728 HELENA, MT 59624 | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER ENTERED IN MARCH, 2015. ORIGINAL JUDGMENT WAS FOR $97,000 - PAYMENTS HAVE BEEN RECEIVED IN THE AMOUNT O** | | 23,088.07 |
| **MONTANA DEPT OF REVENUE** KIM DAVIS, BANKRUPTCY SPECIALIST PO BOX 7701 HELENA, MT 59604-7701 | **MONTANA DEPT OF REVENUE** KIM DAVIS, BANKRUPTCY SPECIALIST PO BOX 7701 HELENA, MT 59604-7701 | **TAXES FROM 3/31/2015 - 6/30/2015** | | 20,329.00 |
| **SHERWIN WILLIAMS** 2051 ROSEBUD DR. BILLINGS, MT 59102 | **SHERWIN WILLIAMS** 2051 ROSEBUD DR. BILLINGS, MT 59102 | **MATERIALS** | | 19,854.74 |
| **SANDRA TILZEY** 322 MORNINGSIDE LANE N BILLINGS, MT 59105 | **SANDRA TILZEY** 322 MORNINGSIDE LANE N BILLINGS, MT 59105 | **CONTRIBUTIONS TO SIMPLE IRA** | | 17,460.00 |
| **DAVID TILZEY** 3826 AVENUE E BILLINGS, MT 59102 | **DAVID TILZEY** 3826 AVENUE E BILLINGS, MT 59102 | **CONTRIBUTIONS TO SIMPLE IRA** | | 8,743.50 |
| **DORI J BRUURSEMA** 322 MORNINGSIDE LN. N BILLINGS, MT 59105 | **DORI J BRUURSEMA** 322 MORNINGSIDE LN. N BILLINGS, MT 59105 | **CONTRIBUTIONS TO SIMPLE IRA** | | 8,500.00 |
| **S/D, INC,** PO BOX 1289 CASPER, WY 82602 | **S/D, INC,** PO BOX 1289 CASPER, WY 82602 | **MATERIALS** | | 8,000.00 |
| **ALICE M. PAGITT** 3837 AVENUE C BILLINGS, MT 59102 | **ALICE M. PAGITT** 3837 AVENUE C BILLINGS, MT 59102 | **CONTRIBUTION TO SIMPLE IRA** | | 5,511.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **EMPIRE LATH & PLASTER, INC.**  Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BLOEDORN LUMBER - CODY<br>PO BOX 1867<br>CODY, WY 82414-1867 | BLOEDORN LUMBER - CODY<br>PO BOX 1867<br>CODY, WY 82414-1867 | MATERIALS | | 5,136.98 |
| CONWED DESIGNSCAPE<br>PO BOX 8481<br>CAROL STREAM, IL 60197-8481 | CONWED DESIGNSCAPE<br>PO BOX 8481<br>CAROL STREAM, IL 60197-8481 | MATERIALS | | 4,967.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 1, 2015**        Signature  **/s/ SANDRA L. TILZEY**
                                         **SANDRA L. TILZEY**
                                         **PRESIDENT**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| EMPIRE LATH & PLASTER, INC.<br>P.O. BOX 21346<br>BILLINGS MT 59104 | MONTANA DEPT OF REVENUE<br>KIM DAVIS, BANKRUPTCY SPECIALIST<br>PO BOX 7701<br>HELENA MT 59604-7701 | BILL LANE<br>1611 WILLARD ROAD W<br>ISMAY MT 59336 |
| JAMES A. PATTEN<br>PATTEN PETERMAN BEKKEDAHL<br>& GREEN<br>2817 2ND AVENUE N, ST 300<br>BILLINGS, MT 59101 | 360 OFFICE SOLUTIONS<br>PO BXO 30598<br>BILLINGS MT 59107-0598 | BILLINGS GAZETTE<br>PO BOX 31238<br>BILLINGS MT 59107 |
| YELLOWSTONE COUNTY TREASURER<br>P.O. BOX 35010, RM 108<br>BILLINGS MT 59107 | ABEL TOWING<br>1028 LEWIS<br>BILLINGS MT 59102 | BILLINGS INK & TONER INC.<br>3210 HENESTA DR.<br>BILLINGS MT 59102 |
| ALICE M. PAGITT<br>3837 AVENUE C<br>BILLINGS MT 59102 | ALLEN'S TOOL REPAIR<br>115 5TH ST. W<br>BILLINGS MT 59101 | BLOEDORN LUMBER - CODY<br>PO BOX 1867<br>CODY WY 82414-1867 |
| DOUG B BRUURSEMA<br>P.O. BOX 572<br>COLUMBUS MT 59019 | ALPENGLOW BUILDERS<br>805 LOXLEY DRIVE<br>BOZEMAN MT 59718 | BLOEDORN LUMBER - WORLAND<br>PO BOX 117<br>WORLAND WY 82401 |
| DUSTIN J PAGITT<br>3801 CHAMBERLAIN DR.<br>BILLINGS MT 59101 | ALPHAGRAPHICS<br>PO BOX 81691<br>BILLINGS MT 59108 | BOARD OF TRUSTEES OF THE<br>WA-ID-MT CARPENTERS-EMPLOY<br>C/O DAVIS, HATLEY, AHFFEMAN &<br>PO BOX 2103<br>GREAT FALLS MT 59403-2103 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | APRIL QUALMAN<br>BILLINGS R.E. PROFESSIONALS<br>1148 16TH STREET WEST, SUITE #16<br>BILLINGS MT 59102 | BOUTEN CONSTRUCTION COMP<br>P.O. BOX 3507<br>SPOKANE WA 99220 |
| JEFFERY P GUTTIEREZ<br>3322 54TH ST. W<br>BILLINGS MT 59106 | ARMSTRONG WORLD INDUSTRIES<br>PO BOX #2730<br>LOS ANGELES CA 90074-2730 | CARQUEST AUTO PARTS STORE<br>PO BOX 404875<br>ATLANTA GA 30384-4875 |
| MICHAEL D. THORNOCK<br>2305 AVALON<br>BILLINGS MT 59102 | BIG SKY LINEN & UNIFORM<br>715 CENTRAL AVE.<br>BILLINGS MT 59102 | CITY OF BILLINGS<br>PO BOX 1178<br>BILLINGS MT 59103 |

| | | |
|---|---|---|
| CONSTRUCTION MANAGERS, INC.<br>10352 SOUTH FREEMAN GULCH WAY<br>SUITE 100,<br>COOPERTON UT 84006 | DUPREE BUILDING SPECIALTIES<br>PO BOX 22036<br>BILLINGS MT 59104 | GTP ACQUISITION PARTNERS II<br>C/O AMERICAN TOWER CORPOR<br>116 HUNTINGTON AVENUE, 11TH FL<br>BOSTON MA 02116 |
| CONWED DESIGNSCAPE<br>PO BOX 8481<br>CAROL STREAM IL 60197-8481 | EDGE CONSTRUCTION SUPPLY<br>PO BOX 3437<br>SPOKANE WA 99220-3437 | GTS INTERIOR SUPPLY<br>PO BOX 97090<br>KIRKLAND WA 98083-9790 |
| COREY STAPLETON<br>2015 EASTRIDGE<br>BILLINGS MT 59102 | EMPIRE INSULATION COMPANY, LLC<br>P.O. BOX 573<br>BILLINGS MT 59103 | HARDY CONSTRUCTION<br>PO BOX 1203<br>BILLINGS MT 59103 |
| CRB BUILDERS, LLC<br>701 EMERSON ROAD<br>SUITE 500<br>SAINT LOUIS MO 63141 | FIRST INTERSTATE BANK<br>PO BOX 30798<br>BILLINGS MT 59107 | HULTENG, INC.<br>P.O. BOX 80504`<br>BILLINGS MT 59108-0504 |
| DAVID TILZEY<br>3826 AVENUE E<br>BILLINGS MT 59102 | FLETCHER CONSTRUCTION COMPANY<br>ATTN: DONALD JOHNSON<br>PO BOX 604<br>SHERIDAN WY 82801 | INTERDYN-BUSINESS MICROVAR<br>2277 W. HIGHWAY 36<br>SUITE 300<br>SAINT PAUL MN 55113 |
| DEPARTMENT OF LABOR & INDUSTRY<br>P.O. BOX 1728<br>HELENA MT 59624 | FORD MOTOR CREDIT COMPANY<br>P.O. BOX 105704<br>ATLANTA GA 30348 | JONES CONSTRUCTION<br>123 REGAL STREET<br>BILLINGS MT 59101 |
| DIAMOND POINT CONSTRUCTION<br>8 FUNNYBIRD LN.<br>BUFFALO WY 82834 | GAYLE WHITTENBERG<br>3112 ZIMMERMAN PLACE<br>BILLINGS MT 59102 | KENYON NOBLE LUMBER<br>PO BOX 1109<br>BOZEMAN MT 59715 |
| DICK ANDERSON CONSTRUCTION INC<br>2675 HEARTLAND DR.<br>SHERIDAN WY 82801 | GREAT AMERICAN INSURANCE<br>C/O PATRICK Q/ HUSTEAD<br>VINCENT J. WEGHER<br>4643 SOUTH ULSTER STREET, STE. 1250<br>DENVER CO 80237 | KRIVONEN ASSOCIATES<br>1004 DIVISION ST.<br>3RD FLOOR<br>BILLINGS MT 59101 |
| DORI J BRUURSEMA<br>322 MORNINGSIDE LN. N<br>BILLINGS MT 59105 | GROATHOUSE CONSTRUCTION<br>1050 N 3RD STREET<br>SUITE A<br>LARAMIE WY 82072 | LAWN RANGER<br>2917 DOREEN DR.<br>BILLINGS MT 59102 |

| | | |
|---|---|---|
| LEVI'S ROOFING AND SIDING<br>2940 WAVERLY DR.<br>BILLINGS MT 59102 | NORTHWEST DRYWLL & ROOFING<br>PO BOX 7817<br>KALISPELL MT 59904 | SE/Z CONSTRUCTION, LLC<br>705 JOHN ADAMS PARKWAY<br>IDAHO FALLS ID 83401 |
| LOU TILZEY<br>3713 FAIRMEADOW CT.<br>BILLINGS MT 59102 | O'DELL CONSTRUCTION, INC.<br>1448 O'DELL COURT<br>SHERIDAN WY 82801 | SHERWIN WILLIAMS<br>2051 ROSEBUD DR.<br>BILLINGS MT 59102 |
| MACON SUPPLY<br>PO BOX 80250<br>BILLINGS MT 59108-0250 | PACIFIC NORTHWEST REGIONAL<br>COUNCIL OF CAQRPENTERS<br>C/O DECARLO & SHANLEY, P.C.<br>533 SOUTH FREEMONT AVE., 9TH FLOOR<br>LOS ANGELES CA 90071-1706 | SLETTEN CONSTRUCTION OF WN<br>PO BOX 2630<br>CODY WY 82414 |
| MANKIN CONSTRUCTION<br>PO BOX 31341<br>BILLINGS MT 59107 | PACIFIC SUPPLY<br>4290 ROSEVILL ROAD<br>NORTH HIGHLANDS CA 95660-5710 | STRISSEL CONSTRUCTION<br>2407 TETON AVE<br>BILLINGS MT 59102 |
| MARTEL CONSTRUCTION, INC.<br>1203 SOUTH CHURCH<br>BOZEMAN MT 59715 | S/D, INC,<br>PO BOX 1289<br>CASPER WY 82602 | SWANK ENTERPRISES<br>P.O. BOX 568<br>VALIER MT 59486 |
| MARY JOHNSON<br>2309 VIRGINIA LANE<br>BILLINGS MT 59102 | SANDRA L. TILZEY<br>508 BERNARD STREET<br>BILLINGS MT 59104 | TEXTERIORS<br>318 PRONGHORN TRAIL<br>BOZEMAN MT 59718 |
| MASTERLUBE<br>3320 RAVALLI PLACE<br>BILLINGS MT 59102 | SANDRA TILZEY<br>322 MORNINGSIDE LANE N<br>BILLINGS MT 59105 | TIRE RAMA SERVICE CENTER<br>PO BOX 23509<br>BILLINGS MT 59104 |
| MONTANA MASONRY SUPPLY INC<br>PO BOX 3116<br>BILLINGS MT 59107 | SCAFCO CORPORATION<br>PO BOX 3949<br>SPOKANE WA 99220 | TRACTOR GUYS INC.<br>PO BOX 197<br>WORLAND WY 82401 |
| MONTANA RETAIL ASSOCIATION<br>1645 PARKHILL DRIVE<br>SUITE 6<br>BILLINGS MT 59102 | SCHILLING COMPANIES<br>P.O. BOX 1052<br>GILLETTE WY 82718 | UNITED PARCEL SERVICE<br>LOCKBOX 577<br>CAROL STREAM IL 60132-0577 |

VAN EWING CONSTRUCTION, INC.
PO BOX 99
GILLETTE WY 82717


VERTICAL LIMIT CONSTRUCTION
825 3RD AVENUE
WANAMINGO MN 55983


VILLAGE RENTALS INC.
105 MAIN STREET
BILLINGS MT 59105


WALKER CONSTRUCTION
270 FLOSS FLAT ROAD
SUITE A
BELGRADE MT 59714


WOODWARD TRACTOR & RENTAL
PO BOX 938
CODY WY 82414


WILLIAM D. LAMDIN III
CROWLEY FLECK PLLP
490 N 31ST ST., SUITE 500
BILLINGS MT 59101

# United States Bankruptcy Court
## District of Montana

In re  **EMPIRE LATH & PLASTER, INC.**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **EMPIRE LATH & PLASTER, INC.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 1, 2015**
Date

/s/ JAMES A. PATTEN
**JAMES A. PATTEN 1191**
Signature of Attorney or Litigant
Counsel for  **EMPIRE LATH & PLASTER, INC.**
**PATTEN PETERMAN BEKKEDAHL & GREEN**
**2817 2ND AVENUE N, ST 300**
**BILLINGS, MT 59101**
**(406) 252-8500 Fax:(406) 294-9500**