**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 2nd Avenue N., Suite 300
Billings, MT 59101-2041

Phone: (406) 252-8500          Tax ID: 81-0487431

December 4, 2015

Empire Lath and Plaster
Attn: Sandra Tilzey
508 Bernard St.
P.O. Box 21346,
Billings, MT 59101

Regarding:   10-938.02
             Empire Lath & Plaster Ch 11

Invoice No:   68682

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| **General Administration** | | | | | |
| 7/02/2015 | AJS | Email Katie regarding DIP account; telephone call with Katie regarding DIP account | 0.20 | $125.00 | $25.00 |
| 7/02/2015 | AJS | E-file schedules, motion to assume executory contracts, and motion for cash collateral | 0.60 | $125.00 | $75.00 |
| 7/02/2015 | AJS | Conference with Andy regarding Ch 11 Schedules | 0.50 | $125.00 | $62.50 |
| 7/02/2015 | AJS | Finalize schedules | 3.00 | $125.00 | $375.00 |
| 7/02/2015 | AJS | Email updated draft to Jeff for his review | 0.10 | $125.00 | $12.50 |
| 7/02/2015 | AJS | Finalize periodic report regarding value, operations, and profitability of entities | 0.40 | $125.00 | $50.00 |
| 7/02/2015 | AJS | Telephone call with Mark regarding changes to schedules, make revisions per Mark | 0.20 | $125.00 | $25.00 |
| 7/02/2015 | JAP | Finalize joint motion for use of cash collateral | 0.40 | $330.00 | $132.00 |
| 7/02/2015 | JAP | Review, revise schedules | 0.90 | $330.00 | $297.00 |
| 7/02/2015 | JAP | Finalize omnibus motion to assume executory contracts | 0.20 | $330.00 | $66.00 |
| 7/02/2015 | LCB | Prepare proposed orders on assuming executory contracts and use of cash collateral | 0.50 | $110.00 | $55.00 |
| 7/06/2015 | AJS | Review email from Sauther and make revisions to Employment Application | 0.50 | $125.00 | $62.50 |
| 7/06/2015 | AJS | Prepare amendment to Schedules D, F, statement of financial affairs and 20 largest unsecured creditors | 0.70 | $125.00 | $87.50 |
| 7/06/2015 | JAP | Telephone call with Qualma regarding employment application | 0.10 | $330.00 | $33.00 |
| 7/06/2015 | JAP | Research whether mother in law to debtor's president step mother is an insider | 0.30 | $330.00 | $99.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/06/2015 | JAP | Review Hilario email regarding realtor with listing on property | 0.10 | $330.00 | $33.00 |
| 7/06/2015 | LCB | Revise application to employ and meet with realtor to notarize employment agreement | 0.50 | $110.00 | $55.00 |
| 7/06/2015 | LCB | E-file employment agreement with court | 0.20 | $110.00 | $22.00 |
| 7/06/2015 | LCB | Conference with Andy and telephone call with realtor regarding possible conflict | 0.30 | $110.00 | $33.00 |
| 7/06/2015 | LCB | Review of listing agreement and prepare application to employ April Qualman as real estate agent | 0.80 | $110.00 | $88.00 |
| 7/06/2015 | LCB | Telephone call with agent regarding possible interested party to sale and confer with Andy regarding the same | 0.30 | $110.00 | $33.00 |
| 7/07/2015 | AJS | Finalize notice to amend list of 20 largest unsecured claims, schedules D and E and statement of financial affairs, email to client for their review and signature | 0.50 | $125.00 | $62.50 |
| 7/07/2015 | AJS | Prepare amended employment application for JAP and email to client for signature | 0.30 | $125.00 | $37.50 |
| 7/07/2015 | AJS | Email Sandy and Jeff regarding DIP account | 0.10 | $125.00 | $12.50 |
| 7/07/2015 | AJS | Email amended employment application to Sandy for her signature | 0.10 | $125.00 | $12.50 |
| 7/07/2015 | AJS | E-file periodic report | 0.10 | $125.00 | $12.50 |
| 7/07/2015 | AJS | Telephone call with Brenda Johnson regarding contract with Empire | 0.10 | $125.00 | $12.50 |
| 7/07/2015 | JAP | Telephone call with Guin regarding motion to assume, Dick Anderson contract; prepare email to Sandy regarding status of Anderson contracts | 0.30 | $330.00 | $99.00 |
| 7/07/2015 | JAP | Review levy on money owed by Dick Anderson; telephone call with Williams Investigations regarding retaining levy; prepare demand letter to Williams | 0.30 | $330.00 | $99.00 |
| 7/07/2015 | JAP | Review Entity Report for Charles Street Storage, LLC; review amended application to employ PPBG | 0.10 | $330.00 | $33.00 |
| 7/07/2015 | JAP | Finalize letter to Williams Investigations demanding return of levied funds | 0.10 | $330.00 | $33.00 |
| 7/07/2015 | JAP | Review amended schedules | 0.10 | $330.00 | $33.00 |
| 7/07/2015 | JAP | Review emails from Tiger Group and Rich Bros regarding DIP financing and liquidation of assets, prepare reply | 0.10 | $330.00 | $33.00 |
| 7/08/2015 | JAP | Telephone call with Sandy regarding DIP account | 0.10 | $330.00 | $33.00 |
| 7/08/2015 | JAP | Review IRS levy, prepare email to Sandy regarding IRS levy | 0.10 | $330.00 | $33.00 |
| 7/08/2015 | LCB | Telephone call with Mary Varra regarding levys and property values listed on schedules and question regarding pleading on cash collateral that was filed | 0.30 | $110.00 | $33.00 |
| 7/09/2015 | LCB | Telephone call with Mary Vera regarding liens and objection to our motion for use of cash collateral and property sale price | 0.30 | $110.00 | $33.00 |
| 7/09/2015 | LCB | Email exchange with Bank regarding setting up DIP account for client | 0.20 | $110.00 | $22.00 |
| 7/09/2015 | LCB | E-file notice of amendment with court | 0.20 | $110.00 | $22.00 |
| 7/09/2015 | LCB | Conference with Andy regarding telephone call with IRS and that they will be filing an objection to our motion | 0.20 | $110.00 | $22.00 |
| 7/09/2015 | LCB | E-file amended application of PPBG with Court | 0.20 | $110.00 | $22.00 |
| 7/10/2015 | JAP | Review FIB proposed post petition credit line | 0.10 | $330.00 | $33.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/10/2015 | JAP | Telephone call with IRS regarding proposed examination of Tilzey, review IRS notice of examination | 0.10 | $330.00 | $33.00 |
| 7/13/2015 | JAP | Review voicemail regarding Boise Cascade regarding cash payments; call Steve at Boise Cascade- left message | 0.10 | $330.00 | $33.00 |
| 7/13/2015 | JAP | Telephone call with Lamdin regarding credit card, status of IRS levy return | 0.20 | $330.00 | $66.00 |
| 7/14/2015 | AJS | Telephone call with Jensen regarding IDI and Quarterly Fees | 0.10 | $125.00 | $12.50 |
| 7/14/2015 | JAP | Telephone call with Steve at Boise Cascade regarding purchase of supplies; telephone call with Cam at Boise Cascade; prepare email to Sandy regarding DIP account | 0.20 | $330.00 | $66.00 |
| 7/14/2015 | JAP | Telephone call with Chris at Sherwin Williams regarding bankruptcy process | 0.20 | $330.00 | $66.00 |
| 7/14/2015 | JAP | Telephone call with Ray at Abel Towing regarding removal notice list | 0.10 | $330.00 | $33.00 |
| 7/14/2015 | JAP | Telephone call with Todd at Armstrong regarding status of arrangements | 0.20 | $330.00 | $66.00 |
| 7/14/2015 | LCB | Email exchange with FIB regarding DIP account; email Sandy to have her go sign; receive DIP account from First Interstate | 0.30 | $110.00 | $33.00 |
| 7/15/2015 | AJS | Telephone call with Jack from US Trustees office regarding IDI; email Jerry Sauther and client regarding IDI | 0.30 | $125.00 | $37.50 |
| 7/15/2015 | JAP | Review John Paul email regarding cash collateral agreement, prepare email to Sandy regarding disclosure of financial info | 0.10 | $330.00 | $33.00 |
| 7/15/2015 | JAP | Prepare email to John Paul regarding financial information | 0.10 | $330.00 | $33.00 |
| 7/15/2015 | JAP | Telephone call with Sandy regarding creditor payments, proposal from Carpenter's claim | 0.90 | $330.00 | $297.00 |
| 7/15/2015 | JAP | Telephone call with Francis regarding cash collateral, email appraisals to Tori | 0.50 | $330.00 | $165.00 |
| 7/16/2015 | AJS | Telephone call with Sandy and Jeff regarding IDI | 0.10 | $125.00 | $12.50 |
| 7/16/2015 | AJS | Email IDI documents to Jack Brenton with US Trustees office | 0.20 | $125.00 | $25.00 |
| 7/16/2015 | AJS | Prepare notebook for IDI; organize documents for US Trustees office | 0.90 | $125.00 | $112.50 |
| 7/16/2015 | JAP | Review Carpenters stipulation; email comments to John Paul | 0.10 | $330.00 | $33.00 |
| 7/16/2015 | LCB | Email exchange with April regarding IDI next Tuesday | 0.10 | $110.00 | $11.00 |
| 7/17/2015 | JAP | Telephone call with Guin regarding contract with Dick Anderson Construction | 0.10 | $330.00 | $33.00 |
| 7/17/2015 | JAP | Prepare email to Tori regarding adequate protection for the IRS | 0.10 | $330.00 | $33.00 |
| 7/17/2015 | JAP | Telephone call with Lamdin regarding IRS objection, junior lien on post petition receivables, telephone call with Sandy regarding lien for IRS; telephone call with Chris at Scherwin Williams regarding check from general contractor | 0.40 | $330.00 | $132.00 |
| 7/20/2015 | JAP | Review Sandy email regarding 2nd quarter 941; telephone call with Francis regarding 2nd of 941 | 0.20 | $330.00 | $66.00 |
| 7/20/2015 | JAP | Telephone call with Sandy regarding 3rd of 941 taxes | 0.10 | $330.00 | $33.00 |
| 7/20/2015 | JAP | Revise IRS stipulation, email it to Francis | 0.20 | $330.00 | $66.00 |
| 7/20/2015 | JAP | Telephone call with John Paul regarding Carpenter's levy; prepare email to John regarding levies | 0.10 | $330.00 | $33.00 |
| 7/20/2015 | JAP | Telephone call with Cucanic Construction regarding carpenter's levy | 0.10 | $330.00 | $33.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/20/2015 | JAP | Telephone call with Cucanic regarding carpenter's levy | 0.10 | $330.00 | $33.00 |
| 7/20/2015 | JAP | Telephone call with Francis regarding cash collateral stipulation, IRS refund; telephone call with Sandy regarding 2nd quarter 74` taxes; prepare email to Sandy outlining conditions of IRS | 0.40 | $330.00 | $132.00 |
| 7/21/2015 | JAP | Finalize cash collateral stipulation with IRS, email corrections to file to Tori | 0.10 | $330.00 | $33.00 |
| 7/21/2015 | JAP | Meet with Sandy and Jeff regarding preparing for IDI | 0.30 | $330.00 | $99.00 |
| 7/21/2015 | JAP | Telephone conference- IDI- with Trustee | 1.40 | $330.00 | $462.00 |
| 7/21/2015 | JAP | Office conference with Sandy, Jeff, Jerry regarding §341 meeting, DIP checks | 0.20 | $330.00 | $66.00 |
| 7/21/2015 | JAP | Telephone call with Sandy regarding Sherwin William's concern regarding IRS levy | 0.10 | $330.00 | $33.00 |
| 7/21/2015 | JAP | Review IRS stipulation regarding adequate protection; telephone call with Sandy regarding debt, Union levy, IDI | 0.30 | $330.00 | $99.00 |
| 7/21/2015 | LCB | Conference with Sandy, Andy, Jeff, and Jerry to discuss matters to be discussed during the IDI; quarterly fees and Monthly Operating Report | 0.30 | $110.00 | $33.00 |
| 7/21/2015 | LCB | IDI with Andy, Sandy, Jeff, Jerry and Jack Brenton | 1.40 | $110.00 | $154.00 |
| 7/22/2015 | JAP | Research levy and when complete review Paul email regarding levy | 0.40 | $330.00 | $132.00 |
| 7/22/2015 | LCB | Email from Jeff regarding contract and conference with Andy regarding the same and that we can go ahead and add it | 0.20 | $110.00 | $22.00 |
| 7/22/2015 | LCB | Prepare notice of amendment and email signature page for Sandy's signature | 0.50 | $110.00 | $55.00 |
| 7/22/2015 | LCB | E-file Notice of Amendment with Court | 0.20 | $110.00 | $22.00 |
| 7/23/2015 | JAP | Prepare motion to assume Groathouse Construction contract | 0.20 | $330.00 | $66.00 |
| 7/23/2015 | LCB | Revise Motion to Assume Executory Contract (Shoshoni) | 0.10 | $110.00 | $11.00 |
| 7/23/2015 | LCB | Prepare proposed order to assume executory contract | 0.40 | $110.00 | $44.00 |
| 7/23/2015 | LCB | E-file motion to assume and email order to Court | 0.20 | $110.00 | $22.00 |
| 7/24/2015 | JAP | Telephone call with Paul regarding letter releasing levy | 0.10 | $330.00 | $33.00 |
| 7/24/2015 | JAP | Review Murdoch case regarding levies; email comments to John Paul | 0.30 | $330.00 | $99.00 |
| 7/24/2015 | LCB | Telephone conference with clerk regarding April Qualman application | 0.20 | $110.00 | $22.00 |
| 7/24/2015 | LCB | Prepare withdrawal of documents and efile same with Court | 0.50 | $110.00 | $55.00 |
| 7/24/2015 | LCB | Email from Sandy regarding Sherman Williams | 0.10 | $110.00 | $11.00 |
| 7/24/2015 | LCB | Prepare letter to Neal Jensen enclosing direct contact with client form | 0.50 | $110.00 | $55.00 |
| 7/27/2015 | JAP | Meet with Sandy regarding preparing for 341 meeting | 0.50 | $330.00 | $165.00 |
| 7/27/2015 | JAP | Attend 341 meeting | 2.00 | $330.00 | $660.00 |
| 7/27/2015 | JAP | Meet with John Paul regarding Trustee's claim | 0.30 | $330.00 | $99.00 |
| 7/27/2015 | JAP | Telephone call with Sandy regarding 341 meeting, Carpenter's Union | 0.10 | $330.00 | $33.00 |
| 7/27/2015 | JAP | Telephone call with Sandy regarding Langlas Construction' telephone call with Cantrell at Langlas | 0.10 | $330.00 | $33.00 |
| 7/27/2015 | LCB | Discuss amendments with April and issue with amount in program | 0.40 | $110.00 | $44.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/28/2015 | AJS | Review checks for DIP account and respond to Jeff regarding format | 0.10 | $125.00 | $12.50 |
| 7/28/2015 | AJS | Email pleadings to Todd Reynolds with Armstrong World Industries | 0.20 | $125.00 | $25.00 |
| 7/29/2015 | JAP | Prepare email to Derke and John regarding letter releasing levies | 0.10 | $330.00 | $33.00 |
| 7/30/2015 | JAP | Review legal authorities regarding withdrawal liability | 0.50 | $330.00 | $165.00 |
| 7/30/2015 | JAP | Telephone call with John, Derek regarding retainer of $11,000 | 0.20 | $330.00 | $66.00 |
| 7/30/2015 | LCB | Review judgment emailed on the Carpenters Employers Trust Fund | 0.10 | $110.00 | $11.00 |
| 7/30/2015 | LCB | Conference with April regarding the value on the judgment | 0.10 | $110.00 | $11.00 |
| 8/03/2015 | JAP | Exchange emails with Jeff regarding joint check agreements | 0.10 | $330.00 | $33.00 |
| 8/03/2015 | JAP | Review Gus email regarding Whitney, prepare email to Jeff regarding Whitney, prepare email to Gus regarding Whitney | 0.20 | $330.00 | $66.00 |
| 8/03/2015 | JAP | Exchange emails regarding joint checks with Gus regarding Whitney contract | 0.10 | $330.00 | $33.00 |
| 8/03/2015 | JAP | Telephone call with Chris at Scafco Corporation regarding joint checks | 0.20 | $330.00 | $66.00 |
| 8/03/2015 | JAP | Prepare stipulation with Dick Anderson Construction regarding objection to assumption | 0.20 | $330.00 | $66.00 |
| 8/04/2015 | AJS | Prepare letter to Jensen with signed receipt and certification concerning operating and reporting requirements | 0.10 | $125.00 | $12.50 |
| 8/04/2015 | JAP | Prepare email to Jeff and Sandy regarding Empire withdrawal liability | 0.20 | $330.00 | $66.00 |
| 8/04/2015 | JAP | Research withdrawal liability | 1.40 | $330.00 | $462.00 |
| 8/05/2015 | AJS | Telephone call with Sandy regarding Whitney Center Project; telephone call with Sandy regarding file | 0.20 | $125.00 | $25.00 |
| 8/05/2015 | AJS | Efile employment application with Court | 0.10 | $125.00 | $12.50 |
| 8/05/2015 | AJS | Meet with Sandy, Mark, Jeff and Andy regarding Ch 11 trust fund and amending schedules | 2.00 | $125.00 | $250.00 |
| 8/05/2015 | AJS | Prepare employment application for Hilario | 0.60 | $125.00 | $75.00 |
| 8/05/2015 | JAP | Prepare demand to Montana Dept of Labor regarding return of $74,000 as preferential transfer | 0.10 | $330.00 | $33.00 |
| 8/05/2015 | JAP | Exchange emails with Jeff regarding Whitney project; prepare email to Gus regarding stipulation resolving objection to motion to assume | 0.10 | $330.00 | $33.00 |
| 8/05/2015 | JAP | Office conference with Sandy, Jeff, April, Mark regarding union withdrawal liability, elements of plan, joint check agreements | 2.00 | $330.00 | $660.00 |
| 8/05/2015 | JAP | Finalize stipulation with Dick Anderson Construction | 0.10 | $330.00 | $33.00 |
| 8/05/2015 | JAP | Prepare email to Langles regarding completion of job | 0.10 | $330.00 | $33.00 |
| 8/05/2015 | JAP | Telephone call with Sandy regarding Dick Anderson Constructions payroll | 0.10 | $330.00 | $33.00 |
| 8/05/2015 | LCB | E-file stipulation with Dick Anderson construction | 0.20 | $110.00 | $22.00 |
| 8/05/2015 | LCB | Prepare proposed order and email same to Court | 0.40 | $110.00 | $44.00 |
| 8/06/2015 | JAP | Telephone call with USG counsel regarding purchases on account | 0.10 | $330.00 | $33.00 |
| 8/06/2015 | LCB | Forward copy of DIP account check to Jack Brenton per IDI instructions | 0.10 | $110.00 | $11.00 |

Empire Lath and Plaster

Page No.    6

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/07/2015 | AJS | Telephone call with Bill Lamdin regarding Empire's payroll | 0.20 | $125.00 | $25.00 |
| 8/07/2015 | JAP | Telephone call with Shawna at Dupree Building regarding deadlines, bar date | 0.10 | $330.00 | $33.00 |
| 8/11/2015 | AJS | E-mail Jeff regarding refund from the IRS | 0.10 | $125.00 | $12.50 |
| 8/11/2015 | AJS | Review e-mail from Lamdin regarding DIP account; Telephone call with Jeff and Sandy regarding using DIP account ; E-mail Lamdin back regarding DIP account | 0.20 | $125.00 | $25.00 |
| 8/13/2015 | AJS | Respond to E-mail from Sandy regarding tax notice and IRS | 0.10 | $125.00 | $12.50 |
| 8/18/2015 | JAP | Telephone call with McElroy regarding USG account; prepare email to McElroy regarding docket sheet | 0.20 | $330.00 | $66.00 |
| 8/25/2015 | AJS | Revise schedules B and D to include additional truck and for motor credit as a creditor | 0.30 | $125.00 | $37.50 |
| 8/25/2015 | AJS | Telephone call with Jeff regarding amending schedule F to add dates | 0.00 | $125.00 | $0.00 |
| 8/25/2015 | AJS | Prepare draft of creditor spreadsheet specifying class, claim number, amount, etc | 1.00 | $125.00 | $125.00 |
| 8/26/2015 | AJS | Telephone call with Jeff regarding lease with tower company | 0.10 | $125.00 | $12.50 |
| 8/26/2015 | AJS | Review and download real estate documents related to 526 Bernard Street and the tower lease | 0.50 | $125.00 | $62.50 |
| 8/26/2015 | AJS | Email Jeff regarding additional creditor to add to schedules | 0.10 | $125.00 | $12.50 |
| 8/26/2015 | DLS | Call to American Tower Landlord relations department regarding lease information | 0.20 | $180.00 | $36.00 |
| 8/26/2015 | JAP | Telephone call with Trevor at Van Ewing Construction regarding completion of contract | 0.20 | $330.00 | $66.00 |
| 8/26/2015 | JAP | Prepare email to McElroy at USG regarding purchase of product | 0.10 | $330.00 | $33.00 |
| 8/27/2015 | DLS | Call to American Tower spoke to landlord relations regarding lease and amendments for cell tower | 0.20 | $180.00 | $36.00 |
| 8/27/2015 | DLS | Email exchange with Samantha Young of Ameican Tower Landlord relations regarding tower leases for property | 0.40 | $180.00 | $72.00 |
| 8/27/2015 | JAP | Telephone call with Dan at Pacific Supply regarding reopening account; prepare email to Sandy regarding joint check arraignment with Pacific | 0.10 | $330.00 | $33.00 |
| 8/27/2015 | JAP | Telephone call with Lamdin regarding status of operation | 0.20 | $330.00 | $66.00 |
| 8/28/2015 | DLS | Emails getting information and forms for change of ownership related to American Tower Leases | 0.40 | $180.00 | $72.00 |
| 8/28/2015 | DLS | Compose email response to American Tower regarding change of ownership process and submission | 0.30 | $180.00 | $54.00 |
| 8/28/2015 | JAP | Conference with Dan regarding cell tower lease;prepare email to Sandy regarding cell tower lease | 0.20 | $330.00 | $66.00 |
| 8/28/2015 | JAP | Prepare email to Lamdin regarding Mesa Communications cell tower lease; prepare email to Jeff regarding monthly rent | 0.10 | $330.00 | $33.00 |
| 8/28/2015 | JAP | Review Sandy email regarding rent for cell tower, prepare reply | 0.10 | $330.00 | $33.00 |
| 8/28/2015 | JAP | Review Dan email regarding cell tower lease; email response to Dan with order authorizing PPBG employment | 0.10 | $330.00 | $33.00 |
| 9/02/2015 | AJS | Prepare Motion for Claims Bar Date and Proposed Order | 0.60 | $125.00 | $75.00 |
| 9/02/2015 | JAP | Prepare motion to fix bar dates | 0.10 | $330.00 | $33.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/02/2015 | JAP | Telephone call with Lamdin regarding insurance | 0.20 | $330.00 | $66.00 |
| 9/02/2015 | JAP | Telephone call with Tess of Scafco regarding timing of plan, payments to Scafco | 0.30 | $330.00 | $99.00 |
| 9/03/2015 | AJS | Finalize motion to fix bar date and e-file with Court | 0.30 | $125.00 | $37.50 |
| 9/04/2015 | AJS | Conference call with Jeff, Sandy, Mark and Andy regarding withdrawal liability and liquidation analysis | 0.60 | $125.00 | $75.00 |
| 9/04/2015 | AJS | Conference call with Andy and John Paul regarding withdrawal liability | 0.40 | $125.00 | $50.00 |
| 9/04/2015 | AJS | Conference with Andy regarding amendment | 0.20 | $125.00 | $25.00 |
| 9/04/2015 | AJS | Telephone call with Jeff regarding cash flow for next 5 years | 0.10 | $125.00 | $12.50 |
| 9/04/2015 | AJS | Prepare amendment to Schedule F putting dates on claims, adding creditors and updating claim amounts | 0.50 | $125.00 | $62.50 |
| 9/04/2015 | JAP | Telephone call with Lamdin regarding insurance payment liquidation analysis | 0.30 | $330.00 | $99.00 |
| 9/04/2015 | JAP | Conference call with Jeff, Sandy, Mark, and April regarding withdrawal liability and liquidation analysis | 0.60 | $330.00 | $198.00 |
| 9/08/2015 | JAP | Telephone call with Lori at Groathouse regarding joint check with First Interstate Bank; telephone call with Sandy regarding material costs for Groathouse; prepare email to Katie at First Interstate Bank regarding joint check | 0.30 | $330.00 | $99.00 |
| 9/08/2015 | JAP | Telephone call with Lamdin regarding insurance, Groathouse joint check | 0.20 | $330.00 | $66.00 |
| 9/08/2015 | JAP | Telephone call with Sandy regarding insurance processing joint check to First Interstate Bank | 0.10 | $330.00 | $33.00 |
| 9/09/2015 | AJS | Prepare amendment to Schedules A, B, D, F, and Statement of Financial Affairs and Disclosure of Compensation | 1.00 | $125.00 | $125.00 |
| 9/09/2015 | AJS | Conference with Andy regarding amendment | 0.10 | $125.00 | $12.50 |
| 9/09/2015 | AJS | Email Amendment to Sandy for her review and signature; telephone call with Sandy regarding amendment | 0.30 | $125.00 | $37.50 |
| 9/09/2015 | AJS | Efile amendment to schedules | 0.20 | $125.00 | $25.00 |
| 9/09/2015 | JAP | Review revised schedules, note changes to be made | 0.20 | $330.00 | $66.00 |
| 9/16/2015 | AJS | Email copy of letter from IRS to Jeff | 0.10 | $125.00 | $12.50 |
| 9/18/2015 | JAP | Telephone call with Mike Bouten regarding payment to Empire; prepare email to Mike regarding Motion to assume executory contract | 0.20 | $330.00 | $66.00 |
| 9/22/2015 | JAP | Exchange emails with Jeff regarding sale of tax certificate | 0.10 | $330.00 | $33.00 |
| 9/23/2015 | AJS | Telephone call with Creditor regarding Proof of Claim; email form to creditor | 0.20 | $125.00 | $25.00 |
| 9/24/2015 | AJS | Prepare witness list for hearing on 9/29/15; efile with Court | 0.30 | $125.00 | $37.50 |
| 9/24/2015 | AJS | Email Mark Hilario regarding hearing on 9/29 | 0.10 | $125.00 | $12.50 |
| 9/24/2015 | AJS | Respond to Mark's email regarding the hearing on 9/29 | 0.10 | $125.00 | $12.50 |
| 9/29/2015 | JAP | Meet with Hilario regarding preparing for hearing on Hilario application | 0.30 | $330.00 | $99.00 |
| 9/29/2015 | JAP | Court appearance regarding Hilario employment | 1.00 | $330.00 | $330.00 |
| 10/01/2015 | AJS | Left message for Jeff regarding Ford Motor Credit | 0.10 | $125.00 | $12.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2015 | AJS | Telephone call with Jeff regarding cashflow and Ford Motor Credit | 0.20 | $125.00 | $25.00 |
| 10/06/2015 | JAP | Telephone call with Binney regarding FMCC lease | 0.10 | $330.00 | $33.00 |
| 10/07/2015 | JAP | Telephone call with James regarding Macon Supply | 0.10 | $330.00 | $33.00 |
| 10/08/2015 | AJS | Update creditor spreadsheet | 0.60 | $125.00 | $75.00 |
| 10/15/2015 | AJS | Email Reynolds regarding filing Proof of Claim | 0.10 | $125.00 | $12.50 |
| 10/15/2015 | AJS | Response to email from Jeff regarding questions from Andy | 0.10 | $125.00 | $12.50 |
| 10/19/2015 | AJS | Telephone call with Jeff regarding disclosure statement and miscellaneous questions for Andy | 0.10 | $125.00 | $12.50 |
| 10/19/2015 | JAP | Telephone call with John Paul regarding meeting with Hatley regarding pension withdrawal liability; exchange emails with Hatley regarding meeting | 0.10 | $330.00 | $33.00 |
| 10/19/2015 | LCB | Telephone call with Jeff regarding 3rd quarter fee statement and how he would like to get the original; email copy of statement to Jeff as well | 0.20 | $110.00 | $22.00 |
| 10/20/2015 | JAP | Telephone call with John Paul regarding meeting with Hatley regarding treatment of pension claim | 0.10 | $330.00 | $33.00 |
| 10/22/2015 | AJS | Telephone call with Jeff regarding taxes for 2014 | 0.10 | $125.00 | $12.50 |
| 10/27/2015 | AJS | Email Jeff regarding 2014 tax returns | 0.10 | $125.00 | $12.50 |
| 10/28/2015 | AJS | Email tax returns to Paul | 0.20 | $125.00 | $25.00 |
| 10/30/2015 | AJS | Email Jeff and Sandy regarding extension of time to file plan and disclosure statement | 0.10 | $125.00 | $12.50 |
| 10/30/2015 | AJS | Finalize motion for extension and e-file with Court; email proposed order | 0.20 | $125.00 | $25.00 |
| 10/30/2015 | AJS | Prepare draft of motion for exclusivity period and proposed order | 0.70 | $125.00 | $87.50 |
| 11/02/2015 | AJS | Prepare spreadsheet of payments to Ford Motor Credit | 0.30 | $125.00 | $37.50 |
| 11/02/2015 | AJS | Telephone call with Jeff regarding appointment to review plan and disclosure statement | 0.00 | $125.00 | No Charge |
| 11/04/2015 | JAP | Exchange emails with Jeff regarding listing agreement Old Empire Lath & Plaster Bank account; recover listing agreement | 0.10 / 0.20 | $330.00 | No Charge / $66.00 |
| 11/06/2015 | AJS | Review claims filed | 0.10 | $125.00 | $12.50 |
| 11/10/2015 | JAP | Telephone call with Francis regarding tax withholding | 0.10 | $330.00 | $33.00 |
| 11/10/2015 | JAP | Prepare email to Jeff and Sandy regarding withholding taxes | 0.10 | $330.00 | $33.00 |
| 11/13/2015 | AJS | Telephone call with Victor regarding Macon Supply | 0.10 | $125.00 | $12.50 |
| 11/13/2015 | JAP | Review Tilzey email regarding tax deposit, prepare email to Frances regarding tax deposit | 0.10 | $330.00 | $33.00 |
| 12/02/2015 | AJS | Review bill for filing with Court | 0.60 | $125.00 | $75.00 |
| 12/02/2015 | AJS | Prepare fee application and notice of fees | 0.80 | $125.00 | $100.00 |

Sub Total: General Administration $13,166.50

**Plan Preparation, Disclosure Statement**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/31/2015 | JAP | Prepare liquidation analysis | 1.20 | $330.00 | $396.00 |
| 9/01/2015 | JAP | Prepare liquidation analysis | 0.20 | $330.00 | $66.00 |
| 9/03/2015 | JAP | Prepare liquidation analysis | 0.90 | $330.00 | $297.00 |
| 9/03/2015 | JAP | Prepare email to Sandy regarding Chapter 11 Plan terms, withdrawal liability | 0.40 | $330.00 | $132.00 |
| 10/08/2015 | AJS | Prepare draft of Disclosure Statement and Plan | 0.80 | $125.00 | $100.00 |
| 10/14/2015 | JAP | Telephone call with Paul regarding meeting with Paul Destreckle to discuss Chapter 11 Plan | 0.10 | $330.00 | $33.00 |
| 10/22/2015 | AJS | Conference call with Jeff, Sandy, and Andy regarding plan and cash flow | 0.30 | $125.00 | $37.50 |
| 10/22/2015 | AJS | Email Jeff regarding cash flow; review cash flow | 0.40 | $125.00 | $50.00 |
| 10/22/2015 | JAP | Revise liquidation analysis | 0.90 | $330.00 | $297.00 |
| 10/22/2015 | JAP | Telephone call with Jeff and Sandy regarding cash flow | 0.30 | $330.00 | $99.00 |
| 10/22/2015 | JAP | Prepare email to John, Derek, Greg regarding liquidation analysis | 0.10 | $330.00 | $33.00 |
| 10/22/2015 | JAP | Telephone call with Paul, Hatley Oeshocher regarding treatment of carpenter union claim | 0.70 | $330.00 | $231.00 |
| 10/26/2015 | AJS | Revise cash flow | 0.70 | $125.00 | $87.50 |
| 10/28/2015 | JAP | Prepare Chapter 11 Plan | 2.30 | $330.00 | $759.00 |
| 10/28/2015 | JAP | Prepare disclosure statement | 1.80 | $330.00 | $594.00 |
| 10/29/2015 | JAP | Prepare motion to extend exclusivity period | 0.20 | $330.00 | $66.00 |
| 10/30/2015 | JAP | Prepare disclosure statement | 0.90 | $330.00 | $297.00 |
| 11/02/2015 | AJS | Revise cash flow and email to Jeff | 0.50 | $125.00 | $62.50 |
| 11/02/2015 | AJS | Email cash flow to Jeff for his review | 0.10 | $125.00 | $12.50 |
| 11/02/2015 | AJS | Meet with Sandy, Jeff and Andy regarding Plan, Disclosure Statement and Cash flow | 2.00 | $125.00 | $250.00 |
| 11/02/2015 | AJS | Revise cash flow | 0.80 | $125.00 | $100.00 |
| 11/02/2015 | JAP | Meet with Sandy, Jeff regarding terms of plan, disclosure statement | 2.00 | $330.00 | $660.00 |
| 11/03/2015 | AJS | Telephone call with Jeff regarding cash flow; review cash flow and email to Jeff for his review | 0.60 | $125.00 | $75.00 |
| 11/03/2015 | JAP | Prepare cash flow | 0.30 | $330.00 | $99.00 |
| 11/04/2015 | JAP | Prepare disclosure statement | 0.40 | $330.00 | $132.00 |
| 11/10/2015 | AJS | Revise cash flow | 0.50 | $125.00 | $62.50 |
| 11/10/2015 | AJS | Revise cash flow; conference with Andy regarding cash flow | 0.50 | $125.00 | $62.50 |
| 11/10/2015 | AJS | Email updated cash flow to Jeff for his review | 0.10 | $125.00 | $12.50 |
| 11/10/2015 | AJS | Email Jeff regarding cash flow | 0.10 | $125.00 | $12.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2015 | JAP | Prepare plan and disclosure statement | 1.20 | $330.00 | $396.00 |
| 11/11/2015 | AJS | Telephone call with Jeff regarding cash flow | 0.20 | $125.00 | $25.00 |
| 11/11/2015 | JAP | Telephone call with Jeff Regarding pro forma cash flow | 0.20 | $330.00 | $66.00 |
| 11/11/2015 | JAP | Telephone call with Lamdin regarding First Interstate Bank plan treatment | 0.30 | $330.00 | $99.00 |
| 11/11/2015 | JAP | Research economic growth rates, prepare projected gross revenues, email revenues to Jeff | 0.40 | $330.00 | $132.00 |
| 11/13/2015 | AJS | Telephone call with Jeff and Andy regarding cash flow | 0.20 | $125.00 | $25.00 |
| 11/17/2015 | AJS | Telephone call with Jeff regarding cash flow | 0.10 | $125.00 | $12.50 |
| 11/17/2015 | AJS | Revise cash flow and email to Jeff for his review | 0.50 | $125.00 | $62.50 |
| 11/17/2015 | JAP | Review Jeff spreadsheet regarding historic income, review cash flow; telephone call with Jeff regarding cash flow | 0.20 | $330.00 | $66.00 |
| 11/18/2015 | JAP | Review Jeff's email regarding cash flow, review revised cash flow | 0.20 | $330.00 | $66.00 |
| 11/19/2015 | JAP | Review revised cash flow; prepare email regarding cash flow to Jeff and Sandy | 0.10 | $330.00 | $33.00 |
| 11/20/2015 | JAP | Telephone call with Lamdin regarding First Interstate Bank Plan treatment | 0.10 | $330.00 | $33.00 |
| 11/20/2015 | JAP | Revise creditor spreadsheet | 0.40 | $330.00 | $132.00 |
| 11/24/2015 | AJS | Telephone call with Jeff regarding Plan and Disclosure statement | 0.20 | $125.00 | $25.00 |
| 11/24/2015 | AJS | Finalize Plan and Disclosure Statement; organize attachments for appendix | 0.50 | $125.00 | $62.50 |
| 11/25/2015 | AJS | Make revisions to Plan and Disclosure Statement; email to Jeff and Sandy for their review and signatures | 0.40 | $125.00 | $50.00 |
| 11/25/2015 | AJS | E-file plan and disclosure statement | 0.20 | $125.00 | $25.00 |
| 11/25/2015 | JAP | Review plan and disclosure statement; telephone call with Jeff regarding creditor spreadsheet | 0.40 | $330.00 | $132.00 |

Sub Total: Plan Preparation, Disclosure Statement $6,558.50

**Claims Review & Objection**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/04/2015 | JAP | Conference call with Sandy, Hilario, Grutze regarding bid of Trustee claim, plan implications of claim | 0.60 | $330.00 | $198.00 |
| 9/04/2015 | JAP | Telephone call with Paul regarding Bid of Trustee withdrawal liability claim, preferences | 0.40 | $330.00 | $132.00 |
| 11/13/2015 | JAP | Review claims register, email to Jeff and Sandy requesting them to review any objections | 0.20 | $330.00 | $66.00 |

Sub Total: Claims Review & Objection $396.00

**Stay Relief/Adequate Protection**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/10/2015 | JAP | Telephone call with Binney regarding adequate protection | 0.10 | $330.00 | $33.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/06/2015 | JAP | Review Ford Motor Stip to confirm the loans; prepare email to Jeff regarding discrepancy regarding Vin 7181; prepare email to Binny regarding Vin 7181 | 0.40 | $330.00 | $132.00 |
| 8/06/2015 | JAP | Review documentation from Binney regarding Vin 7181; email Jeff for confirmation for autograph to seek stip | 0.20 | $330.00 | $66.00 |

Sub Total: Stay Relief/Adequate Protection  $231.00

**Monthly Reports**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/21/2015 | LCB | Email Monthly Operating Report form to Jeff & Jerry | 0.10 | $110.00 | $11.00 |
| 8/05/2015 | LCB | Email accountant and client reminder of Monthly Operating Report due on Monday | 0.10 | $110.00 | $11.00 |
| 8/10/2015 | AJS | Telephone call Jeff regarding monthly report | 0.10 | $125.00 | $12.50 |
| 8/11/2015 | LCB | Review of Monthly Operating Report and e-file with Court | 0.40 | $110.00 | $44.00 |
| 8/19/2015 | LCB | Prepare motion for leave to file redacted proposed Monthly Operating Report and prepare order on same | 0.60 | $110.00 | $66.00 |
| 8/19/2015 | LCB | E-file Motion for leave to file redacted Monthly Operating Report and send proposed order to Court | 0.20 | $110.00 | $22.00 |
| 8/21/2015 | LCB | E-file amended Monthly Operating Report for July | 0.20 | $110.00 | $22.00 |
| 9/03/2015 | AJS | Review email from Jack Brenton regarding Monthly Operating Report | 0.10 | $125.00 | $12.50 |
| 9/04/2015 | LCB | Remind client of monthly operating report that is due on the 10th | 0.10 | $110.00 | $11.00 |
| 9/10/2015 | AJS | Review Monthly Operating Report for August 2015 | 0.20 | $125.00 | $25.00 |
| 9/10/2015 | JAP | Review draft Monthly Operating Report, email questions to Sandy | 0.20 | $330.00 | $66.00 |
| 9/10/2015 | LCB | Review of MOR and note discrepancies on certain items; prepare email of items in question to Jeff | 0.60 | $110.00 | $66.00 |
| 9/14/2015 | LCB | Review of MOR and email Jeff regarding corrections that need to be made | 0.20 | $110.00 | $22.00 |
| 9/15/2015 | LCB | Review of revised monthly operating report; several telephone conferences with Jeff regarding report and revisions thereto; review of revised report and e-file same with court | 0.70 | $110.00 | $77.00 |
| 10/09/2015 | LCB | Review of Monthly Operating Report and email Jeff | 0.10 | $110.00 | $11.00 |
| 10/13/2015 | LCB | Review of Monthly Operating Report and email Jeff with questions and e-file Monthly Operating Report with Court | 0.60 | $110.00 | $66.00 |
| 11/10/2015 | LCB | Email client regarding status of their Monthly Operating Report | 0.10 | $110.00 | $11.00 |
| 11/10/2015 | LCB | Review of Monthly Operating Report | 0.10 | $110.00 | $11.00 |
| 11/12/2015 | LCB | E-file October Monthly Operating Report with Court | 0.20 | $110.00 | $22.00 |

Sub Total: Monthly Reports  $589.00

Total Fees  $20,941.00

*Expenses*

Empire Lath and Plaster

Page No.    12

| Start Date | Description | Charges |
|---|---|---|
| **General Administration** | | |
| 9/18/2015 | Photocopies | $66.00 |
| **Postage** | | |
| 7/02/2015 | Postage | $32.80 |
| 7/02/2015 | Postage | $45.01 |
| 9/03/2015 | Postage | $46.95 |
| Sub Total: Postage | | $124.76 |
| **Photocopies** | | |
| 7/14/2015 | Photocopies | $109.30 |
| **Filing Fee** | | |
| 7/07/2015 | Yellowstone County Clerk of District Court - Filing Fee for Certified Copies of Pleadings | $11.25 |
| 8/19/2015 | United States Bankruptcy Court--Filing Fee - Filing Fee for Motion to Redact | No Charge |
| 9/09/2015 | United States Bankruptcy Court--Filing Fee for Amendment | $30.00 |
| Sub Total: Filing Fee | | $41.25 |
| **Pacer/Research** | | |
| 7/17/2015 | LexisNexis Computerized Legal Research Fees May 30 - July 17, 2015 | $37.42 |
| | Total Expenses | $378.73 |
| Total New Charges | | $21,319.73 |
| Previous Balance | | $0.00 |
| Balance Due | | $21,319.73 |

## *Phase Table*

| Phase | Phase | Hours | Fees | Rate | Expenses | Charges |
|---|---|---|---|---|---|---|
| A. | General Administration | 10.50 | $1,155.00 | 110.00 | $0.00 | $1,155.00 |
| A. | General Administration | 24.60 | $3,062.50 | 125.00 | $66.00 | $3,128.50 |
| A. | General Administration | 1.50 | $270.00 | 180.00 | $0.00 | $270.00 |
| A. | General Administration | 26.30 | $8,679.00 | 330.00 | $0.00 | $8,679.00 |
| B. | Plan Preparation, Disclosure Statement | 9.70 | $1,212.50 | 125.00 | $0.00 | $1,212.50 |
| B. | Plan Preparation, Disclosure Statement | 16.20 | $5,346.00 | 330.00 | $0.00 | $5,346.00 |

Empire Lath and Plaster

Page No. 13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C. | Claims Review & Objection | | 1.20 | $396.00 | 330.00 | $0.00 | $396.00 |
| D. | Settlement with Creditors | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| E. | Stay Relief/Adequate Protection | | 0.70 | $231.00 | 330.00 | $0.00 | $231.00 |
| F. | Miscellaneous | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| G. | Adversary | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| J. | Third Party Litigation | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| L. | Postage | | 0.00 | $0.00 | 0.00 | $124.76 | $124.76 |
| M. | Photocopies | | 0.00 | $0.00 | 0.00 | $109.30 | $109.30 |
| MM | Secretary of State | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| N. | Meals | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| O. | Mileage | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| P. | Filing Fee | | 0.00 | $0.00 | 0.00 | $41.25 | $41.25 |
| Q. | Lodging | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| R. | Monthly Reports | | 4.30 | $473.00 | 110.00 | $0.00 | $473.00 |
| R. | Monthly Reports | | 0.40 | $50.00 | 125.00 | $0.00 | $50.00 |
| R. | Monthly Reports | | 0.20 | $66.00 | 330.00 | $0.00 | $66.00 |
| T | Litigation Matters | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| U | Pacer/Research | | 0.00 | $0.00 | 0.00 | $37.42 | $37.42 |
| WW | FedEX | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| X | Premiere Telephone Services | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| Y | Envelopes/Binders | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| ZZ | Video Conferencing | | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |

### Staff Summary

| Name | Hours | Rate |
|---|---|---|
| April J. Schueler | 34.60 | $125.00 |
| April J. Schueler | 0.00 | $0.00 |
| Dan Snedigar | 1.50 | $180.00 |
| James A. Patten | 44.60 | $330.00 |
| Leanne C Beatty | 14.80 | $110.00 |

Payment upon receipt of billing is appreciated. Interest at the rate of .8% per month will be added to all accounts 30 days or more past due. Thank you for your prompt response. WE ACCEPT MASTERCARD, VISA and DISCOVER. (Form enclosed)

New Balance of Trust Account / Client Funds $13,442.50